UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-169-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| DERRICK ANDRE DEW | |

On motion of the Defendant, Derrick Andre Dew, and for good cause shown, it is hereby ORDERED that the [DE-35] be sealed until further notice by this Court.

SO ORDERED.

This **25** day of **May**, 2017.

_____
JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE