# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

|  |  |
|---|---|
| United States of America<br>v.<br>Derrick Andre Dew | )<br>)<br>)<br>) |

Case No:   5:13-CR-169-1D

USM No:   62194-066

Date of Original Judgment:   January 31, 2014
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Cindy Bembry
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 87 _____ months **is reduced to** 70 months. _____

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated January 31, 2014, _____
shall remain in effect. **IT IS SO ORDERED.**

Order Date:   5/25/17 _____

_____
*Judge's signature*

Effective Date:   November 1, 2015
*(if different from order date)*

James C. Dever III, Chief U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011