UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Derrick Andre Dew                      Docket No. 5:13-CR-169-1D

**Petition for Action on Supervised Release**

COMES NOW Marla Bianco, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Derrick Andre Dew, who, upon an earlier plea of guilty to 21 U.S.C. 841(a)(1) and 21 U.S.C. 841(b)(1)(C), Distribute and Possess With the Intent to Distribute a Quantity of a Mixture or Substance Containing a Detectable Amount of Phencyclidine (PCP), was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on January 31, 2014, to the custody of the Bureau of Prisons for a term of 87 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Derrick Andre Dew was released from custody on December 22, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January, 5, 2018, the defendant left the half-way house in Wilmington, North Carolina and returned to Fayetteville, North Carolina, to begin his supervised release. It was brought to this officer's attention, after Mr. Dew met with a substance abuse treatment provider that Dew no longer had a psychiatrist available to him to receive medication monitoring and continued mental health treatment once his medications run out from the supply he received from the Bureau of Prisons. At this time, we are recommending Dew's conditions of supervision be modified to include mental health treatment and medication management.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                      I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith                        /s/ Marla Bianco
Eddie J. Smith                            Marla Bianco
Supervising U.S. Probation Officer         U.S. Probation Officer
                                                              150 Rowan Street Suite 110
                                                              Fayetteville, NC 28301
                                                              Phone: 910-354-2535
                                                              Executed On: June 18, 2018

Derrick Andre Dew
Docket No. 5:13-CR-169-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __21__ day of __June__, 2018, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge